1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Luis Enrique Salgado-Vega

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,    )    Case No. 08MJ8255-02
                                )
12         Plaintiff,            )
                                )
13 v.                            )    **CERTIFICATE OF SERVICE**
                                )
14 LUIS ENRIQUE SALGADO-VEGA,   )
                                )
15         Defendant.            )
_____ )
16

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov
19

20                              Respectfully submitted,

22 DATED:    March 24, 2008        /s/ Elizabeth M. Barros
                                   **ELIZABETH M. BARROS**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Luis Enrique Salgado-Vega