AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Rubio - Heras
AKA Antonio Dias-Gomez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr1233-DMS

I, _Antonio Rubio Heras_, the above named defendant, who is accused of

21 USC 841(a)(1) & 18 USC 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _April 17, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
APR 1 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer