FILED
MAY 20 2008
CLERK
SOUTHERN DISTRICT ...RNIA
BY                           ...UTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1233-DMS |
|---|---|---|
| Plaintiff, | ) | **Superseding**<br>I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| ANTONIO RUBIO-HERAS T/N (1), aka ANTONIO DIAS-SUAREZ, LUIS ENRIQUE SALGADO-VEGA (2), | ) | |
| Defendants. | ) | |

The United States Attorney charges:

Count 1

On or about March 20, 2008, within the Southern District of California, defendant ANTONIO RUBIO-HERAS, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 506.76 kilograms (1,117.2 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Count 2

On or about March 20, 2008, within the Southern District of California, defendant LUIS ENRIQUE SALGADO-VEGA, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 308.04 kilograms (679.1 pounds) of

CEM:es:Imperial
5/5/08

Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: May 20, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
5/5/08

2