AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| LUIS ENRIQUE SALGADO-VEGA | CASE NUMBER: 08CR1233-PMS |

I, LUIS ENRIQUE SALGADO-VEGA, the above named defendant, who is accused of committing the following offense:

Count 2: Possession of Marijuana with Intent to Distribute and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Luis Enrique S.V
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER