KAREN P. HEWITT
United States Attorney
DOMINIC KARDUM
Assistant U.S. Attorney
California State Bar No. 229420
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
Email: dominic.kardum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1233-DMS |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ANTONIO RUBIO-HERAS T/N (1), | ) | |
| aka ANTONIO DIAS-SUAREZ, | ) | |
| LUIS ENRIQUE SALGADO-VEGA (2) | ) | |
| Defendant(s). | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

1. None.

//

//

//

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u>
2 receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):
4     1.    Sabrina L. Feve.
5     Please feel free to call me if you have any questions about this notice.
6     DATED:  July 23, 2008.

                                        KAREN P. HEWITT
                                        United States Attorney

                                        <u>s/Dominic Kardum</u>
                                        DOMINIC KARDUM
                                        Assistant U.S. Attorney

Notice of Appearance                                                                            08CR1233-DMS
United States v. Antonio Rubio-Heras, and Luis Enrique Salgado-Vega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1233-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| ANTONIO RUBIO-HERAS, T/N (1), | ) | |
| aka ANTONIO DIAS-SUAREZ, | ) | |
| LUIS ENRIQUE SALGADO-VEGA (2), | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated July 23, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Elizabeth M. Barros, Attorney for Defendant Luis Enrique Salgado-Vega.
   220 Broadway, Suite 900
   San Diego, CA 92101
2. John C. Lemon, Attorney for Defendant Antonio Rubio-Heras.
   1350 Columbia Street, Suite 600
   San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 23, 2008.

                                                     s/Dominic Kardum
                                                     DOMINIC KARDUM
                                                     Assistant U.S. Attorney

Notice of Appearance                                                                           08CR1233-DMS
United States v. Antonio Rubio-Heras, and Luis Enrique Salgado-Vega