**ELIZABETH M. BARROS**
California Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467 ext. 3701

Attorneys for Mr. Salgado

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 08CR1233-DMS |
| Plaintiff, | ) | |
| v. | ) | MOTION FOR ORDER SHORTENING TIME |
| LUIS ENRIQUE SALGADO-VEGA, | ) | |
| Defendant. | ) | |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY;
     DOMINIC E. KARDUM, ASSISTANT UNITED STATES ATTORNEY; AND
     LONNIE K. EVERILL UNITED STATES PROBATION OFFICER:

Defendant Luis Enrique Salgado-Vega, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., requests an order shortening time to August 13, 2008, to file *Defendant's Sentencing Memorandum*. The safety-valve debrief in this case did not take place until the afternoon of August 8, 2008. Counsel was not comfortable filing a sentencing memorandum until after that day to ensure the memorandum contained complete and accurate information. In addition, undersigned counsel was in trial last week (the week of August 4, 2008).

Dated:   August 14, 2008                        Respectfully Submitted,

                                                 /s/ Elizabeth M. Barros
                                                **ELIZABETH M. BARROS**
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Salgado

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Luis Enrique Salgado-Vega

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,      )  Case No. 08CR1233-DMS-02
12 |          Plaintiff,            )
13 | v.                             )  **CERTIFICATE OF SERVICE**
14 | LUIS ENRIQUE SALGADO-VEGA,     )
15 |          Defendant.            )
16 | _____)

17  Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                   Dominic E. Kardum
         dominic.kardum@usdoj.gov,Efile.dkt.gc1@usdoj.gov;

19                    John C. Lemon
20       jlemon@san.rr.com,amelia_clsf@hotmail.com; and

21       Lonnie K. Everill, United States Probation Officer
                lonnie_everill@casp.uscourts.gov

23                              Respectfully submitted,

25  DATED:    August 14, 2008         /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
26                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Luis Enrique Salgado-Vega