UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 08CR1233-DMS |
| Plaintiff, | ) | |
| v. | ) | ORDER SHORTENING TIME |
| LUIS ENRIQUE SALGADO-VEGA, | ) | |
| Defendant. | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for filing the *Defendant's Sentencing Memorandum* be shortened to August 14, 2008.

**SO ORDERED.**

DATED: August 14, 2008

_____
HON. DANA M. SABRAW
United States District Judge